
FILED
DISTRICT COURT OF GUAM
SEP -9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case 03-00032 |
| Plaintiff, | |
| v. | **ORDER RE SENTENCING DOCUMENTS** |
| THOMAS V.C. TANKA, | |
| Defendant. | |

All Responses to the Presentence Report by the parties including any Motion for Downward Departure that the Government may file shall be due to the Court by end of business on **September 30, 2005**. The Court will not continue this matter and expects the parties to be well prepared for the sentencing hearing scheduled on October 27, 2005.

**IT IS SO ORDERED.**

Dated: September 8, 2005.

SO OT
for Judge Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*ORIGINAL*