# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas V.C. Tanaka,<br><br>　　　　　Defendant. | Case No. 1:03-cr-00032<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order, filed September 9, 2005* on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　*D. Paul Vernier, Jr.*
*September 12, 2005*　　　　　　　　　　*September 12, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order, filed September 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005　　　　　　　　　/s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk