

FILED
DISTRICT COURT OF GUAM
DEC 16 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00032-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| THOMAS V.C. TANAKA | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 27, 2005, Thomas V. C. Tanaka was sentenced by the Honorable William H. Alsup for Misprision of a Felony, in violation of 18 U.S.C. § 4. He received a 24-month probation term with conditions to include: six months of home confinement, which will include electronic monitoring and is restricted to his home at all times except for elmployment as approved by the U.S. Probation Office, attorney visits, medical, religious services, and to conduct speeches; not travel without the permission of the U.S. Probation Office; during the first year of probation shall give at least one speech to a total audience of at least 200 people and at which time the probation officer must be present; perform 200 hours of community service under the direction of the U.S. Probation Office and shall receive credit for speeches conducted; the mandatory drug testing be suspended, based on the court's determination that he poses a low risk for future substance abuse; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and under 18 U.S.C. §3563; he is prohibited from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation office unless he is in compliance with the payment schedule; provide the U.S. Probation Office access to any requested financial information; cooperate in the collection of DNA as directed by the probation officer; pay a $100 special assessment fee; and pay $2,000 fine. Mr. Tanaka has been on probation since October 27, 2005.

Mr. Tanaka is requesting the Court's permission to travel to Manila, Republic of the Philippines, from December 27, 2005 through January 4, 2006, for the purpose of working on a business project for WSTCO Guam.

Request to Travel
Re: TANAKA, Thomas V.C.
USDC Cr. Cs. No. 03-00032-001
December 15, 2005
Page 2

To date, Mr. Tanaka has been compliant with his conditions. He paid his $100 special assessment fee on October 27, 2005, and his $2,000 fine on November 14, 2005. On November 10, 2005, Mr. Tanaka delivered his first speech before 46 individuals at a Rotary Club meeting. He has made several other trips to the Philippines and the United States and has returned without incidence. This officer supports Mr. Tanaka's request and seeks the Court's approval to allow him travel to Manila, Republic of the Philippines.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *(signature)*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*(signature)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File