ORIGINAL

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

Thomas V.C. Tanaka
USDC Cr. Cs. #03-00032-001
SS# XXX-XX-9619
DOB: XX-XX-1940
HT: 5' 8" / WT: 220 lbs.

DATE: **December 15, 2005**

YOU ARE AUTHORIZED TO TRAVEL TO        **Manila, Republic of the Philippines**

LEAVING        **December 27, 2005**        AND RETURNING        **January 4, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip - Mangosteen Drink Development**

**Accommodations: Heritage Hotel, Makati, Republic of the Philippines**

FILED
DISTRICT COURT OF GUAM

DEC 19, 2005

MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:        (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while in Manila, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/ location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*Judy Anne L. Ocampo*
**JUDY ANNE L. OCAMPO**
UNITED STATES PROBATION OFFICER

NAME        **Not Applicable**

ADDRESS

RECEIVED
DEC 16 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☒ APPROVED        ☐ DISAPPROVED

**MAGISTRATE JUDGE**
U.S. DISTRICT COURT OF GUAM