**FILED**
DISTRICT COURT OF GUAM

JAN 30 2007

MARY L.M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00032-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| THOMAS V.C. TANAKA | ) | |
| Defendant. | ) | |

On October 27, 2005, Thomas V. C. Tanaka was sentenced by the Honorable William H. Alsup for Misprision of a Felony, in violation of 18 U.S.C. § 4. He received a 24-month probation term with conditions to include: six months of home confinement, which will include electronic monitoring and is restricted to his home at all times except for elmployment as approved by the U.S. Probation Office, attorney visits, medical, religious services, and to conduct speeches; not travel without the permission of the U.S. Probation Office; during the first year of probation shall give at least one speech to a total audience of at least 200 people and at which time the probation officer must be present; perform 200 hours of community service under the direction of the U.S. Probation Office and shall receive credit for speeches conducted; the mandatory drug testing be suspended, based on the court's determination that he poses a low risk for future substance abuse; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and under 18 U.S.C. §3563; he is prohibited from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation office unless he is in compliance with the payment schedule; provide the U.S. Probation Office access to any requested financial information; cooperate in the collection of DNA as directed by the probation officer; pay a $100 special assessment fee; and pay $2,000 fine. Mr. Tanaka has been on probation since October 27, 2005.

Mr. Tanaka is requesting the Court's permission to travel to Las Vegas, Nevada and San Diego, California, from February 6, 2007 through February 22, 2007, for the purpose of attending a Vemma Convention and to visit his son. Mr. Tanaka will stay overnight in Tokyo, Japan, on his way to the United States and upon his return to Guam.

ORIGINAL

To date, Mr. Tanaka has been compliant with his conditions.  He paid his $100 special assessment fee on October 27, 2005, and his $2,000 fine on November 14, 2005. On October 3, 2006, Mr. Tanaka completed the delivery of his speech before 200 individuals as instructed by the Court.  He has made several other trips to the Republic of the Philippines and the United States and has returned without incidents.  This Officer supports Mr. Tanaka's request and seeks the Court's approval to allow him travel to Las Vegas, Nevada, and San Diego, California.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By:

JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File