| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Thomas V.C. Tanaka
USDC Cr. Cs. #03-00032-001
SS# XXX-XX-9619
DOB: XX-XX-1940
HT: 5' 8" / WT: 220 lbs.



DATE: January 29, 2007

YOU ARE AUTHORIZED TO TRAVEL TO    Las Vegas, Nevada and San Diego, California

LEAVING    February 6, 2007    AND RETURNING    February 22, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business trip - Vemma Convention in Las Vegas, Nevada**
**Visit family - San Diego, California**

**Accommodations: Westgate Flamingo Bay Hotel - Las Vegas, Nevada and 503 Mimosa Avenue, Vista, California**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Las Vegas and San Diego;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodations/ location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME    Not Applicable

ADDRESS

**RECEIVED**
**JAN 30 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

*Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

[✓] APPROVED    [ ] DISAPPROVED

/s/ Frances Tydingco-Gatewood
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE:    January 31, 2007

ORIGINAL